United States Bankruptcy Court
Western District Of Virginia
LYNCHBURG DIVISION

In Re:  CRYSTAL V. L. RIVERS                     Case No. 11-60706
        Debtor Chapter 7

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000.00
Prior to the filing of this statement, in February 2011 I received for representation in
        Bedford County Circuit Court . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,000.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,000.00

2. The source of the compensation paid to me was: Debtor
3. The source of compensation to be paid to me is: Debtor
4. I have not agreed to share the above-disclosed compensation with any other person.
5. In return for the above-disclosed fee, I have agreed to render legal service for opposing 1650 Partners, LLC, Motion for Relief from Stay.
6. By agreement with the debtor, the above-disclosed fee does not include any other matters.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

April 25, 2011_____    */s/ Bradley G. Pollack*_____
*Date*                             *Signature of Attorney*

                                   Bradley G. Pollack (VSB#25290)
                                   Attorney at Law
                                   148 North Main Street
                                   Woodstock, VA 22664
                                   bpollack@shentel.net
                                   540.459.8600
                                   540.459.8670 (FAX)