

# WOODS ROGERS ᴾᴸᶜ
## ATTORNEYS AT LAW

WILLIAM ADAMS
(540) 983-7696
badams@woodsrogers.com

January 2, 2013

JAN - 3 2013

Ms. Kristen Wright, Deputy Clerk
United States Bankruptcy Court
1101 Court Street
Room 166
Lynchburg, VA 24504

    **Re:    CVLR Performance Horses v. Ralph Beck, et al**

Dear Ms. Wright:

    Our office represents Ralph Beck in the above-styled civil case, which is pending in Bedford County Circuit Court. As I mentioned in our telephone conversations today, we need to have certified copies of various documents which were used as exhibits in a case in your bankruptcy court in Lynchburg.

    The first document we are interested in obtaining a certified copy of is **Document 18 from Case 11-60706, and this is a 20 page document.** It starts with a statement of financial affairs for Crystal Rivers, and contains accompanying Schedules. The next document is from **Docket number 28, and consists of pages 117-127 in the first set of exhibits which has 161 pages.** The next set of exhibits **consists of pages 107-108 and pages 119-128 in the second set of exhibits affiliated with Docket number 28.**

    We are enclosing two firm checks, with one in the amount of $51.00 to cover the $30.00 search fee, the $11.00 certification fee, and the $10.00 for copying costs. We are also enclosing a separate check in the amount of $21.50 to cover the certification fee and copying costs for the second round of exhibits. We are also enclosing a self-addressed envelope for shipping the documents to my attention.

    Thank you for your cooperation in this matter, and if you have any questions about these requests, please give me a call at the above-listed number.

                            Sincerely,

                            WOODS ROGERS PLC

                            *Bill Adams*

                            Bill Adams
                            Paralegal

Enclosures

{#1574981-1, 113596-00001-01}        P.O. Box 14125 / Roanoke, Virginia 24038-4125
10 South Jefferson Street, Suite 1400
(540) 983-7600 / Fax (540) 983-7711
Offices also in Charlottesville, Danville and Richmond, Virginia